_____
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADRIAN RAND ROBISON, <br><br> Defendant. | **ORDER GRANTING STIPULATED EXPEDITED MOTION TO ALLOW TRAVEL** <br><br> Case No. 4:13-cr-00118-BLW |

Having reviewed the *Stipulated Expedited Motion to Allow Travel (Dkt. 15)*:

IT IS HEREBY ORDERED:

1. That the Defendant's Stipulated Expedited Motion to Allow Travel (Dkt. 15) is GRANTED in part and DENIED in part. The Court grants the request to travel to Chicago, Illinois on July 13, 2013 – July 16, 2013, and to travel to Montana on July 23, 2013. The Court denies the request that Pretrial Services be allowed to approve any future travel.

DATED: July 12, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court